HEATHER E. WILLIAMS, #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
CYNTHIA TOLLIVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> vs. <br><br> CYNTHIA TOLLIVER, <br><br> *Defendant*. | Case No.  6:14-MJ-00089 MJS <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:     January 7, 2015 <br> Time:     10:00 a.m. <br> JUDGE:  Hon. Michael J. Seng |

   **IT IS HEREBY STIPULAT**ED by and between the parties hereto through their respective counsel, MIA GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and JANET BATEMAN, Assistant Federal Defender, counsel for the defendant, CYNTHIA TOLLIVER, that the date for status conference in this matter may be continued to January 7, 2015, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is November 5, 2014.  The requested new date is January 7, 2015.**

   The parties have reached a tentative agreement, but need additional time to finalize its provisions. The additional time will also allow time for defense counsel to review those terms with the defendant.

   The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested

continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: November 3, 2014        By */s/ Matthew McNease*
                                                      MATTHEW MCNEASE
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: November 3, 2014        By */s/ Janet Bateman*
                                                        JANET BATEMAN
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        CYNTHIA TOLLIVER

## **O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE STATUS CONFERENCE in case number 6:14-MJ-00089-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   November 3, 2014                  /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE