1  Susan St. Vincent
2  Legal Officer
   Matthew McNease
3  Acting Legal Officer
   NATIONAL PARK SERVICE
4  Legal Office
   P.O. Box 517
5  Yosemite, California  95389
   Telephone:  (209) 372-0241
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,       | DOCKET NO. 6:14-mj-089-MJS
12 |         Plaintiff,              |
13 |   v.                            | **STATEMENT OF ALLEGED PROBATION VIOLATION(S)**
14 | CYNTHIA LEIGH TOLLIVER,         |
15 |         Defendant.              |
16 |                                 | Court: U.S. District Court – Yosemite
   |                                 | Judge: Honorable Michael J. Seng
17

18
    Defendant, Cynthia Leigh TOLLIVER, was arrested August 17, 2014, in Yosemite
19
    National Park and charged with four counts on a Criminal Complaint: Count 1:
20
    Possession of a controlled substance (marijuana); Count 2: Possession of a controlled
21
    substance (methamphetamine); Count 3: Possession of a loaded weapon in a motor
22
    vehicle; and Count 4: Carrying a concealed weapon in a motor vehicle.  TOLLIVER
23
    plead guilty March 4, 2015, to Count 2 and Count 4, while Count 1 and Count 3 were
24
    dismissed. TOLLIVER was sentenced to the following: 12 months of unsupervised
25
    probation, pay a $250 fine within 10 months, attend NA twice weekly for the first six
26
    months of probation, obey all laws, and to report new law violations.  A Review Hearing
27
    was set for February 2, 2016, at 10:00 AM.
28

                                           1

The Government alleges TOLLIVER has violated the following condition(s) of her unsupervised probation:

<u>CHARGE ONE</u>:   FAILURE TO PAY FINE

TOLLIVER was ordered to pay a $250 fine within 10 months. To date, TOLLIVER has paid $0 of the fine, which was due in full on January 4, 2016.

<u>CHARGE TWO</u>:   FAILURE TO ATTEND NA

TOLLIVER was ordered to attend NA twice weekly for the first 6 months of probation and provide proof of attendance. To date, no proof has been filed with the court or provided to the Yosemite Legal Office.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Cynthia Leigh Tolliver*, 6:14-mj-089-MJS, be left on calendar for February 2, 2016, at 10:00 AM.

Dated: January 14, 2016                     By: /s/ Matthew McNease
                                            Matthew McNease
                                            Acting Legal Officer
                                            Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Defendant shall appear at the U.S. District Court, E.D. Cal., Yosemite Division, Courthouse on February 2, 2016 at 10:00 AM for the reasons set forth above and as ordered at the time of sentencing.

IT IS SO ORDERED.

Dated:   January 14, 2016              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

2